**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **TREY L. MILLER** | **CASE NO. 2:17-CV-01063** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **LENARD ENTERPRISES, LLC** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons provided in the accompanying Memorandum Ruling and in the Court's prior ruling on plaintiff's Motion for Summary Judgment,

**IT IS HEREBY ORDERED, ADJUDGED,** and **DECREED** that plaintiff is entitled to an award of attorney fees and costs in the amount of $20,964.17 under 29 U.S.C. § 216(b), in addition to the $94,108.12 owed in compensatory and liquidated damages. Accordingly, this matter may now be considered closed.

**THUS DONE AND SIGNED** in Chambers on this 9th day of December, 2019.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**